UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 3:21-CV-07511-CRB |
| Plaintiff, | |
| v. | **ORDER** |
| COMBINED HOLDINGS LLC, a California Limited Liability Company; SPITERI'S COMPLETE AUTO SERVICE, Inc., a California Corporation; and Does 1-10, | |
| Defendants. | |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: January 27, 2022

_____
HONORABLE CHARLES R. BREYER
United States District Judge