CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
ZARA BOKHARI (SBN: 332411)
zbokhari@adasolutionsgroup.com
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
Attorneys for Defendants Combined Holdings LLC and Spiteri's Complete Auto Service, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMBINED HOLDINGS LLC, a California Limited Liability Company; SPITERI'S COMPLETE AUTO SERVICE, Inc., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 3:21-CV-07511-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 3, 2022          CENTER FOR DISABILITY ACCESS

                              By:   /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff


Dated: March 3, 2022          VAUGHAN & ASSOCIATES LAW OFFICE, APC

                              By:   /s/Cris C. Vaughan
                                    Cris C. Vaughan
                                    Attorneys for Defendants
                                    Combined Holdings LLC and
                                    Spiteri's Complete Auto Service, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Combined Holdings LLC and Spiteri's Complete Auto Service, Inc., respectively, and that I have obtained Cris C. Vaughan authorization to affix his electronic signature to this document.

Dated: March 3, 2022                    CENTER FOR DISABILITY ACCESS

                                                       By:   /s/Amanda Seabock
                                                           Amanda Seabock
                                                           Attorneys for Plaintiff